[8ogmtc] [ORDER GRANTING MOTION TO TRANSFER CASE]

ORDERED.

Dated: August 17, 2015

_____
Michael G. Williamson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                 Case No.
                                                                       8:15−bk−08051−MGW
                                                                       Chapter 7

Alumni Research, Inc.

_____Debtor*_____/

ORDER GRANTING MOTION TO TRANSFER AND
REASSIGN CASE

THIS CASE came on for consideration on the Motion to Transfer the Case filed by Office of the Attorney General, State of Florida, Legal Affairs (Doc. No. 8). The Court has considered the motion, together with the record, and finds that the motion should be granted. Accordingly, it is

**ORDERED**:

The motion is granted, and this case has been reassigned to the Honorable Caryl E. Delano.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.